UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN ELMER BOYDSTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:08CV1039 HEA |
| ) | |
| DAVE DORMIRE, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

This matter is before the Court on petitioner's motion to proceed in forma pauperis. Upon consideration of the financial affidavit, the Court has determined that petitioner is unable to afford to pay the filing fee. Consequently, the Court will grant the motion. See 28 U.S.C. § 1915.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to proceed in forma pauperis [Doc. #10] is **GRANTED**.

Dated this 12th day of August, 2008.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE